

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-19-00069-CV

## IN RE JASON PAUL MILLER

————————

## Original Proceeding

————————

## MEMORANDUM  OPINION

————————

In this original proceeding for a writ of mandamus, Relator Jason Paul Miller contends that the trial court abused its discretion in refusing to disqualify opposing counsel, Micah Haden, from representing the Real Party in Interest Heather Lynn Miller. Relator, however, has now filed a second original mandamus proceeding, Cause No. 10-19-00107-CV, arising from the same underlying case, in which he represents that Haden is no longer representing the Real Party in Interest.

Appellate courts lack jurisdiction to decide moot controversies. *See Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). "A case becomes moot if, since the time of filing, there has ceased to exist a justiciable controversy between the parties—that is, if

the issues presented are no longer 'live,' or if the parties lack a legally cognizable interest in the outcome." *Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012).

By letter dated April 2, 2019, the Clerk of this Court notified Relator that it appeared that this original proceeding had become moot and that the Court may dismiss this original proceeding unless, within ten days from the date of the letter, a response was filed showing grounds for continuing the original proceeding. No response has been received.

Accordingly, Relator's petition for writ of mandamus is dismissed. Relator's emergency motion to stay is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition dismissed
Opinion delivered and filed April 24, 2019
[OT06]

